UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| NELSON, TONYA RACHELLE | ) | BANKRUPTCY CASE 10-14464 |
| | ) | Chapter 7 |
| | ) | |
| DEBTOR. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

    Claim #5    GE Money Bank    $1.13
                    c/o Recovery Management Systems Corporation
                    25 SE 2nd Ave, Suite 1120
                    Miami, FL 33131-1605

                    Total:    $1.13

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov, Jeffrey Schreiber, Esquire, 1320 W Spencer Avenue, Marion, IN 46852, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

                    /s/ Dustin M. Roach
                    Dustin M. Roach